Case 2:25-cr-00020   Document 6   Filed on 12/17/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.                                            § | MJ ACTION NO. 2:24-MJ-00593 |
| § | |
| JIMMIE MOORE                          § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. This case involves law enforcement officers attempting to arrest the defendant pursuant to an active parole violator's warrant. The defendant fled officers in a vehicle and later fled on foot. The complaint indicates the defendant was in possession of a loaded .45 caliber pistol at the time. The defendant has a significant criminal history and is currently on state parole. There is an active parole warrant for the defendant. The most basic condition of any court ordered supervision is that the person should not commit new law violations. Because the evidence in the instant case meets the probable cause standard, the defendant has shown he is either unable or unwilling to comply with court ordered supervision. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ordered detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on December 17, 2024.

_____
Jason B. Libby
United States Magistrate Judge